IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNNY LEE HOWZE,

      Plaintiff,                        No. CIV S-08-2283-GGH P

   vs.

SANDERS, et al.,

      Defendants.                <u>ORDER</u>

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis. In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in forma pauperis.

        The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

////

1 | In this case, the defendant(s) are located Los Angeles County and the claim arose
2 | in San Louis Obispo County, which are in the Central District of California.  Therefore,
3 | plaintiff's claim should have been filed in the United States District Court for the Central District
4 | of California.  In the interest of justice, a federal court may transfer a complaint filed in the
5 | wrong district to the correct district.  See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918,
6 | 932 (D.C. Cir. 1974).
7 | Accordingly, IT IS HEREBY ORDERED that:
8 | 1. This court has not ruled on plaintiff's request to proceed in forma pauperis; and
9 | 2. This matter is transferred to the United States District Court for the Central
10 | District of California.
11 | DATED: 10/03/08                              /s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:cm
howz2283.21a